BLANEY PRODUCING CO., INC., Appellant, v. FOX FILM CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

VICTOR HERBERT, Respondent, v. THE RUDOLPH WALLACH COMPANY and Others, Defendants, Impleaded with WARREN W. ERWIN and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of WILLIAM COHEN, Respondent, v. JOSEPH SCHLYEN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY FEDER, Appellant, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISIDOR FEDER, an Infant, by HARRY FEDER, His Guardian ad Litem, Appellant, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the damages are inadequate. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling, J., dissenting.

STEPHEN DER OHANNESSIAN, Appellant, v. GEORGE A. ELLIOTT, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that upon the evidence there was a question of fact which should have been submitted to the jury. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS LEFKOWITZ, Respondent, v. STEPHEN RANSOM and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARIE DORAN, Appellant, v. JOHN ADIKES and Another, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint on payment of costs in this court and at the Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARIE DORAN, Appellant, v. JOHN ADIKES, Respondent, Impleaded with DAILY LONG ISLAND FARMER PUBLISHING CO., INC., Defendant.— Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMSON ROSENBLATT, Respondent, v. J. TELENGA EXPORT AND TRADING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. R. HAEUSER COMPANY, Respondent, v. SINO-NORTH AMERICAN COMPANY, LIMITED, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RICHARD ROTH v. THE DAVIS SEWING MACHINE COMPANY.— Motion dismissed, without costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.